# In The United States District Court
## District of Columbia.

**FILED**

**MAR 1 4 2014**

**Clerk, U.S. District and Bankruptcy Courts**

---

**Robert W. Orlick
1639 24th Avenue South, Apt.105
Grand Forks, North Dakota 58201
701-775-0087**

**Plaintiff**

**VS**

**Grand Forks Housing Authority
Homestead Place, Inc., Terry Hanson,
Lis Simpson, Brad Hillebrand,
Sherrie LeQuire, Nancy Brandner &
Matt Martin.
1405 1st Avenue North
Grand Forks, North Dakota 58203**

**Defendants**

---

*Civil Complaint*

*Violations of the:*

*Rico Act
Title 18 USC*

Case: 1:14-cv-00469
Assigned To : Huvelle, Ellen S.
Assign. Date : 3/14/2014
Description: Pro Se Gen. Civil

*Hate Crime Acts
Title 18 USC
Attempted
Murder*

*Jury Trial Requested*

## Defrauding the United States Federal Government: $500, 000, 000 +

### Jurisdictional Statement:

**Now comes Robert W. Orlick, Plaintiff, Pro Se, a resident of Grand Forks, North Dakota for more than ten years and an AMERICAN CITIZEN, 85 years of age and a Resident of Homestead Place, Inc., a 52 unit Apartment building,
owned and operated by Grand Forks Housing Authority for more than ten years.
The Defendants have been conducting business in,**

## Grand Forks, Devils Lake & Bismarck, North Dakota, St. Paul, Minnesota, Denver, Colorado,

## Washington, DC,

*Jurisdictional Statement Continued:*

# "DEFRAUDED HUD"

*It appears, by obtaining Funding from, The UNITED STATES GOVERNMENT and have been conducting their business with United States Federal Agencies, including The United States Department of Housing & Urban Development and other Federal Mortgage Agencies located in Denver Colorado & Washington, DC  from whom they have obtained by*

## FRAUDULENT MEANS, IN EXCESS OF

# $500,000,000

*by claiming to be a* **Charitable organization,** *as well as their counterparts, thus providing, clear JURISDICTION in this matter to the United States District Court, District of Columbia., as clearly stated*

*in the following Law Review:*

## Law  Review:

# The Rico Act:

## Title 18 s/s 1965- A -Venue & Process
## &
## Title 18 USC Chapter 96 section 1964 & s/s 1962
## &
## Title 18 USC s/s 249 - Hate Crimes Acts,

*End Jurisdictional Statement*

# In The United States District Court District of Columbia.

**Robert W. Orlick**
**Plaintiff**
**Vs**
**Grand Forks Housing Authority, et al.**
**Defendants**

# Volume One

**Of two Volumes in this Case:**
**Volume one deals with Violations of the Rico Act and Hate Crimes.**
**&**
**Volume Two deals with**
**Fraud Deceit & Misrepresentation**
**&**
**Was stated for both State & certain Federal issues, but at a September 16, 2013 Hearing before the Grand Forks County Court, the Honorable Court advised, they did not have the Jurisdiction to accept an intended Motion by this Plaintiff, which delt with an issue, that goes to the heart of this Case.**

**The Plaintiff now Files said Complaints, with this Honorable & Distinguished**
**United States District Court**
**District of Columbia.**

**Praying for a**

**Fair and Equitable Hearing before a Jury, on all of the issues in this Case that reflects 12 years of an organized Hate Crime Program against this Plaintiff by the Defendants, including,**

## Attempted Murder.

# *Special Notice:*

**I hereby certify, that I have
mailed copies of this
Federal Complaint,**

to

# *The Honorable
Eric Holder, Esq.*

**United States
Attorney General
Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
Certified Mail--7010-0290-0003-1447-4600**
&

# *The Honorable
Shaun Donavan*

**Secretary
United States Department
of
Housing & Urban Development
451 7th Street NW.
Washington, DC 20410
Certified Mail 7010-0290-0003 1447-4617**
&

# *The Honorable
Daniel I. Werfel*

**Commissioner
Internal Revenue Service
1111 Constitution Avenue NW
Washington, DC 20004
Certified Mail 7010-0290-0003-1442-9600**

## *3-A*

# Introduction

To

# Racketeering

&

# Corrupt

# Organizations

By

# Defendants

4

# *Introduction*

**To**

# *$$$Millions$$$*

# *Defrauded*

***From The***

# *United States*

# *Government*

***By***

# *Defendants*

5

# Introduction

**To**

# 12 YEARS

**Of**

# Hate Programs

**By**

# Defendants

# *Introduction*

## *To*

# *"RICO"*

## *And*

# *Hate Crimes*

# *Introduction*

## To

# *Attempted*

# *Murder*

## By

# *Defendants*

# *Introduction*

*To*

# *Attempted*

# *Sexual*

# *Exploitation*

*Of*

# *Blind Girl*

*By*

# *Defendants*

# *Introduction*

## *To*

# *Plaintiff's*

# *Damaged*

# *"EYESIGHT"*

## *By*

# *Defendants*

# *Introduction*

*To*

# *Plaintiff's*

# *"Diminished"*

# *General Health*

*By*

# *Defendants*

# Introduction

To

# Law Enforcement

# Testimony

In

# Open Court

Against

# Defendants

12

# *Introduction*

*To*

# *Real Estate*

# *Business*

# *Operating*

*Within a So-Called*

# *Charity*

*For*

# *Personal Profits:*

**12-A**

# Introduction

*To*

# "SEIZURE"

*Of*

# ALL ASSETS

*Of*

# ALL

# Defendants

# Complaint:

## The Defendants have violated the following

## United States Codes & others in a

## Gross Manner:

### I

**Title 18 United States Codes, Chapter 96 Racketeer Influenced & Corrupt Organizations.**

### II

**Title 18 United States Codes  1343 Mail & Wire Fraud.**

### III

**North Dakota Century Code Chapter  12.1-06 Criminal Attempt-Facilitation-Solicitation-Conspiracy.**

**14**

# *Hate Crimes*

## IV

### Title 18  United States Code  s/s 249
### Hate Crime Acts

## V

### Housing Discrimination
### North Dakota Century Code Chapter 14-02.5

## VI

### Intimidation & Interference
### North Dakota Century Code Chapter 14-02.5-45

## VII

### Exploitation of Vulnerable Adults as stated above.
### Violations of
### North Dakota Century Code 12.1-31-07.1

**15**

# *Hate Crimes*

**VIII**

# *VIOLATION OF HATE CRIMES ACT Title 18 United States Code s/s 249 Hate Crimes Section A-2-(II) Attempted Sexual Exploitation of "BLIND GIRL".*

16

# *Hate Crimes*

**VIX**

# *Violations of RICO ACT,*
### *Title 18 United States Code –*
### *Chapter 96 s/s 229-229-F*
### *Use of Biological Weapon.*

**X**

# *Violations of RICO ACT,*
### *Title 18 United States Code-*
### *Chapter 96  s/s 831*
### *Use of Chemical Weapon.*

## *Evidence*

### *It should be noted here, that Defendant,*
### *Mr. Matt Martin, has identified himself, as a*
### *"PEST ELIMINATION TECHNICIAN",*
### *IN HIS OWN LETTER ACCUSING ME FALSELY, TO*
### *GAIN  EXCESS INTO MY APARTMENT FOR THE*
### *PURPOSE OF HARASSMENT.*
### *JANUARY 15TH 2013.*

**(Please see Exhibit J)**

# *Premeditated*

# *Attempted Murder*

## *of this 85 year old Plaintiff,*

## *Robert W. Orlick*

## While inside of my own apartment, # 105, at Homestead Place Apartments

## Owned & Operated
## &
## Controlled, By, Grand Forks Housing Authority. Defendants' in this CASE.

**19**

# *Blueprints*

The effort made, in this Attempted Murder of this Plaintiff, required an intimate knowledge of the inner design of this 52 Unit Apartment Building and the only way for such information, would be with a set of

## Blueprints,

And to the best of my knowledge, there are only

## Two Sets

Of Blueprints available, because, all of the extra sets of Blueprints, were lost in the Flood of 1997, in the Grand Forks Building Department.

It appears, the only two sets remaining are held by the following parties:

### I

The Grand Forks Housing Authority, Maintenance Department.

### II

The second Set of Blueprints appear, to be in the hands of a private business person.

**20**

# "Premeditated"

# Attempted Murder

# "Again"

## On

# December 31, 2013

## at

# 3:47 AM.

## Please see Law Enforcement Report:

### (Please See Exhibit K)

**21**

# *Your Honor:*

**There is one obvious factor, that is UNSTATED**
**about the status of the Defendants' meaning, the Grand Forks Housing Authority, et al, which is, they lack any form of a,**

# "MORAL" COMPASS

# *"County Court"*

## *of*
## *Grand Forks County*

## *State of North Dakota*

## *Has Ruled:*

## *Grand Forks Housing Authority*

## *and its*

## *Counterparts*

## *Are Not*

# *"Charities"*

**(Please See Exhibits E)**

**25**



# "Supreme Court"

## State of North Dakota

## Has Ruled:

## Grand Forks Housing Authority

## and its

## Counterparts

## Are Not

# "Charities"

*(Please See Exhibits F & G)*

# Grand Forks Housing Authority

**and its Counterparts**

**Have**

**Defrauded**

# $500, 000, 000,

**From The**

## United States Government

**Claiming they are**

# Charities

**since the year**

# 2000

# *Evidence*

**Please see the enclosed Official Document, Exhibit H, from the United States Department of Housing & Urban Development, amounting to approximately,**

# **$77, 000, 000**

## **($Seventy Seven Million Dollars)**

**Obtained from the
HUD Organization
BY the
Grand Forks Housing Authority only,
Commencing from the
year 2000 to current date and
counting, and does not include, all of its many
counterparts, which may amount to more
than**

# **$500, 000, 000**

## **and may reach or exceed,**

# **$One Billion Dollars**

**28**

# *Freedom Of Information Act,*

## *indicates, the above figures*
## *are a reasonable estimate,*
## *of the scope*
## *of the fraud, that has been*
## *conducted by the*

## *Grand Forks Housing Authority*

## *Upon our own,*

## *United States Federal Government.*

*28-A*

# *Private Real Estate Sales*
## *By*
# *Grand Forks Housing Authority:*

*The HUD Organization states, in their letter of November 13, 2013,and received by me today, (November 27, 2013), they are not permitted by Law, to reveal the finances of all such transactions that have been conducted over several years, by the Grand Forks Housing Authority and/or their Counterparts in the*

*"SALE" of Single Family Homes*
*To*
*Individuals*

*and it appears, may constitute a*
*Private*
*Real Estate Enterprise,*

*which provides Private Income for members of this*

# *RICO Organization*

## *Operating within a so-called*

# *CHARITY*

## *FOR THE PAST SEVERAL YEARS.*

*28-B*

# *Terzetto Village, LLC.*

---

## *Appears to be Mr. Terry Hanson's PERSONALLY OWNED*

## *Real Estate Company, a "Limited Liability Company"*

---

## *Organized by Mr. Terry Hanson and Claimed to be a Charitable Organization to the, North Dakota Supreme Court and such claim was denied by the Court.*

*(Please see Exhibit I, Three Pages)*
*(Articles of Organization)*
*Number 19,366,000, LLC*
*Dated 6-13-03 & last Report Dated, Oct. 17, 2012*
*(North Dakota Secretary of State)*

**28-C**

# *Your Honor:*

## *It appears, the*

## *Grand Forks Housing Authority*

## *has committed, both*

### *Mail Fraud*
### *&*
### *Wire Fraud*

**Violation of Title 18 USC 1343**

## *in the course of their*
## *Defrauding*
## *the*

# *United States Government.*

# Introduction

*TO*

# Prayer

*For*

# Judgment

# Section I

# Prayer For Judgment:

# Plaintiff Prays

# This Honorable & Distinguished

# Court will ORDER the

# Appropriate

# "United States Attorney"

# To

# Seize all of the Assets of the

# Named Defendants
# &
# all of their Counterparts,

# including, but not limited to:

# *Seizure*

## *Grand Forks Homes, Inc.,*

## *Continental Homes, Inc.,*

## *M D I Limited Partnership # 35*

## *Faith & Hope, LP*

## *Oak Manor Apartments*

## *Cherry Height Apartments*

## *La Grave Place Apartments*

## *Continental Homes*

## *Riverside Manor Apartments*

## *Westwood Apartments*

### *as provided by*

32

# Title 18, USC Rico Act,

# and Order said

# United States Attorney

# to install a

# Federal Administrator

# to

# take over all the operations of

# the above stated

# "Seized" Organizations,

# Permanently.

# *Introduction*

*TO*

# *Prayer*

*For*

# *Judgment*

# *Section II*

# _Prayer For Judgment:_
## _(Section Two)_

### _Plaintiff Prays for Judgment against all of the Defendants as follows:_

### _Grand Forks Housing Authority, Homestead Place_

### _Inc., Terry Hanson, Liz Simpson, Brad Hillebrand,_

### _Sherrie LeQuire, Nancy Brandner & Matt Martin._

# _Jointly & Severally_

### _For_

### _Out of pocket expense and compensation for my time and effort to prepare this litigation not to exceed,_

### _$1,500.00._

### _(One Thousand Five Hundred Dollars)._

**35**

# *Compensatory Damages:*

# *Hate Crimes:*

### *For the sum of*

# *$100,000,00*

---

## *Per Day*

---

### *Commencing*

---

# *October 01, 2000*

---

### *To*

### *Current Date*

---

# *December 09, 2013*

---

### *and counting, until all sums paid in full to Robert W. Orlick or his Estate.*

*36*

# *Compensatory  Damages:*

# *Pain & Suffering:*

### *For the sum of*

# *$250,000,00*

## Per  Day

### *Commencing*

# *November 26, 2006*

### *To*

### *Current Date*

# *December 09, 2013*

### *and counting, until all sums paid in full to Robert W. Orlick or his Estate.*

*37*

# Introduction

### TO

# Prayer

### For

# Judgment

# Section III

# Your Honor:

**The following words were stated many years ago, and hold true today, in the matter of Awarding the Punitive Damages to be paid to,**

# "REAL CHARITIES"
# Quote

# "Ask Not, What Your Country Can Do For You",

# "Ask, What You Can Do, For Your Country".

**38-A**

# **Punitive Damages**

### **In the amount of,**

## **$25,000,000.00**

### **(Twenty Five Million Dollars)**
### **To be paid to the following organizations:**

## *I*
## *The City of Grand Forks,*
*To help Homeless People with Food & Shelter and Special help to Blind People.*

## *II*
## *The Northland Mission*
## *Grand Forks.*

## *III*
## *The Circle of Friends Humane Society*
## *Grand Forks.*

## *IV*
## *The Humane Societies, located in Fargo, Bismarck, Minot, Grafton & the like.*

**39**

# *Punitive  Damages*

**(Additional Punitive Damage Awards)**

**V**
**"PETA"**
**People For The Ethical Treatment of Animals:**
**"Worlds Largest Animal Protective Organization"**
**3,000,000 Members.**
**501  Front  Street**
**Norfolk, Virginia.**


**VI**
**Animal Welfare Institute**
**(Society For Animal Protective Legislation)**
**"Registered Animal Lobby"**
**900 Pennsylvania Avenue SE**
**Washington, DC 20003**

**40**

# *Punitive Damages*

*(Additional Punitive Damage Awards)*

## VII
## Humane Society of The United States
## 2100 L Street, NW
## Washington, DC 20037

## VIII
## Home Delivered Meals, Inc.
## A
## United Way Agency
## Grand Forks, North Dakota.

## VIX
## Hagerstown Aviation Museum
## Hagerstown, Maryland.

41

# *Punitive Damages:*
## *(Additional Punitive Damage Awards)*

### *X*
*Georgia Avenue Adoption Center*
*7319 Georgia Avenue NW*
*Washington, D. C. 20012*

### *XI*
*District of Columbia*
*Animal Care & Control*
*New York Avenue Animal Shelter Center*
*1201 New York Avenue NE*
*Washington, D.C. 20002*

### *XII*
*Animal Welfare League of Arlington*
*2650 South Arlington Mill Drive,*
*Arlington, Virginia 22306*

### *XIII*
*Animal Welfare League of Alexandria*
*Viola Lawson*
*Animal Shelter*
*4101 Eisenhower Avenue*
*Alexandria, Virginia 22304*

*41-A*

# Punitive Damages:

## (Additional Punitive Damage Awards)

# American Society For The

# Prevention

# of

# Cruelty To Animals:

# $2,000,000.00

## ASPCA

### 424 East 92nd Street
### New York, New York 10128

### 41-B



# _Punitive Damages_

### _In the amount of,_

## _$20,000,000.00_

### _(Twenty Million Dollars)_
### _To be paid to the following organization:_

# _The Medical Ship:_

# _"Africa Mercy"_

### _Which offers HELP for Hundreds & Thousands of Helpless African Souls, who are in need of special Medical Needs_
### _that only_
### _SKILLED DOCTORS & NURSES CAN PROVIDE, SO The BLIND CAN SEE AGAIN,_
### _&_
### _THE FACIALLY DISFIGURED, IN HEART BREAKING PROPORTIONS,_
### _CAN BE BROUGHT OUT OF THE SHADOWS AND INTO THE LIGHT OF A NEW LIFE._

### _As reported by, Mr. Scott Pelley , a Brilliant & Outstanding  TV  Broadcaster on CBS"60Minutes"._

**43**

## Educational Scholarships

### For

# "Harvard"

## $20,000,000

### For Needy High School Students, Wishing To Continue Their Education, From The Cities Of

### Grand Forks, North Dakota
### &
### Washington, DC.

### All such Scholarships will be determined by a Bank Trust Department.

### Each Scholarship will be in the amount from

**$100,000,oo or, $250,000,oo, (If, M.D. Degree).**

*43-B*

# *Introduction*

*TO*

# *Prayer*

*For*

# *Judgment*

# *Section IV*



# HEALING
# WITH
# HONOR

# Punitive Damages Continued:

## ***U S O***

## "Operation Enduring Care"

## "Healing With Honor"

To aid 40,000 of our Men & Women in Uniform, "Seriously Wounded in Combat", in Afghanistan and Iraq: An estimated "400,000" more, SUFFER, from Invisible Wounds, such as Post-Traumatic Stress and Traumatic Brain Injury.

# $45,000,000,00.

## (Forty Five Million Dollars)

All the above Punitive Damages, will be paid in Plaintiff's name, directly, to a

### Bank Trust Department,

For distribution to the above organization.

46

# *PLUS,*

## *Attorney's Fees, Costs, & Expenses, including, but, not limited to,*

# *Corporate Jet Travel,*

## *Hotel/s, Rental Car/s, Meals and associated costs & Expenses.*

# *Discovery:*

### *Office Rental and associated costs to complete.*

## *Estimated  time, 2  to  4 months,*

## *with 2 Court Reporters.*

## *50  to  100  plus Depositions.*

**47**

# *PLUS*

**All of Plaintiff's legal and personal costs and expenses for all**

**travel to and from Washington, District of Columbia and the like to attend Court**

**Hearings & Trial, as required by the**

**Honorable & Distinguished**

**United States District Court
for the
District of Columbia**

**Including all living costs an expenses thereto, during this litigation period, including, but not limited to, hotel costs and expenses at the,**

**Mayflower Hotel**

**Washington, D. C.**

**Including Rental Cars and as required, Air Travel needs, including Charter Corporate Jet, that may develop due to Plaintiff's advanced age, if any.**

48

# "Thousands"
# of
# "Apartments"

## It was announced on Television,

## Station, "WDAZ",

## That,

## Grand Forks Housing Authority,

## "OWNS"

## "Thousands"
## of
## "Apartments".

**49**

# *Grand Forks Housing Authority*

## *Qualifies*

### *For Punitive Damages due to their vast real estate holdings as stated during a*

## *Television Interview*

### *On*

### *Station WDAZ, Grand Forks*

### *and during this interview of*

> ### *Mr. Terry Hanson*
> ### *Executive Director*
> ### *Grand Forks Housing Authority,*

### *The following statement was made, by the Broadcaster, capping off the interview, reading from a "prepared" script:*

> ### *The Grand Forks Housing Authority owns "Thousands of Apartments"*

### *Which obviously, Qualifies GFHA for PUNITIVE Damages Prayed for in this instant matter.*

### *Thank you.*

**50**

# Introduction

## TO

# Prayer

## For

# Judgment

# Section V

# *Triple  Damages*

*Plaintiff Prays, this*

*Honorable & Distinguished*

*United States District Court,*

*will apply Treble*

*Damages to all the*

*Damages  Prayed for in this*

*Case, as provided by the*

*RICO ACT,*

*(Title 18, USC Chapter 96 s/s 1964-C)*

# *Prayer*

## *For Judgment Continued:*

# *Please Take Notice:*

**The exact number of days reflected in this Prayer For Judgment, will be determined at the appropriate time by a**

# *Certified Public Accountant.*

---

**Bank
Trust Department:**

---

## *All Punitive Damages will be donated to Real Charities:*

*By a suitable Bank Trust Department and all such funds will be paid directly, to such Bank Trust in Plaintiff's name and Bank will confer with Plaintiff as to the amounts paid to each Charity.*

*This effort is to help not only the Animals in the case of Humane Societies, but, also, to reward those individuals who are helping the Animals with a BONUS check for their good work.*

*Travel is authorized by the Bank Trust Officer & the like, to make on the spot Donations to Humane Societies that may need quick support, even if the Humane Society is not listed in the Judgment Document.*

---

**The GOAL of this
Punitive Damage Awards Program,
is to provide meaningful help, to those in need.**

---

**54**

# *Affidavit, Service of Process:*
## *In*
## *United States District Court*
## *District of Columbia*

> *I Robert W. Orlick, hereby Swears Upon My Oath, that I will serve all the below named Defendants, upon receipt of Summonses, from the US District Court Clerk, District of Columbia, by the United States Marshals Service, within the time period specified by the Federal Rules of Civil Procedure.*

### *Mr. Terry Hanson, Individually*
### *Executive Director*
### *Grand Forks Housing Authority*
### *1405 1st Avenue North*
### *Grand Forks, North Dakota 58201.*

### *Grand Forks Housing Authority*
### *1405 1st Avenue North*
### *Grand Forks, North Dakota 58203*
### *Mr. Terry Hanson, Resident Agent.*

### *Homestead Place, Inc.*
### *1405 1st Avenue North*
### *Grand Forks, North Dakota*
### *Mr. Terry Hanson, Resident Agent*

*Page 2, Service of Process Continued:*

*Ms Liz Simpson*
*Property Manager,*
*Grand Forks Housing Authority*
*1405  1st  Avenue  North*
*Grand Forks, North Dakota 58203*

*Mr. Brad Hillebrand*
*Maintenance Supervisor*
*Grand Forks Housing Authority*
*1405  1st  Avenue  North*
*Grand Forks, North Dakota 58203*

*Ms Nancy Brandner,*
*Housing*
*Grand Forks Housing Authority*
*1405  1st  Avenue  North*
*Grand Forks, North Dakota 58203*

## Page 3, Service of Process Continued:

**Ms Sherrie Le Quirre**
**Housing**
**Grand Forks Housing Authority**
**1405 First Avenue North**
**Grand Forks, North Dakota 58203**

**Mr. Matt Martin**
**Maintenance**
**Grand Forks Housing Authority**
**1405  1st  Avenue  North**
**Grand Forks, North Dakota 58203**

*Signed and Sworn to, Upon my Oath,*

*This 10th Day of February, 2014,*

**By**

-------------------------------------------------

**Robert W. Orlick, Pro Se**
**1639  24th  Avenue  South, Apartment 105**
**Grand Forks North Dakota 58201**

**701-775-0087**

*Signature Page:*

---

**Robert W. Orlick**
**Vs**
**Grand Forks Housing Authority, et al.**

---

*to*

# United States District Court
# District of Columbia

# The Honorable

---

# Angela Caesar

---

## Clerk of The Court

**Signed this 10th Day of February, 2014.**

**By**

---

**Robert W. Orlick**
**Plaintiff, Pro Se**

**1639 24th Avenue South-105**
**Grand Forks, North Dakota 58201**
**701- 775-0087**

**58**

*Signature Page:*

---

**Robert W. Orlick**
**Vs**
**Grand Forks Housing Authority, et al.**

---

*to*

# United States District Court
# District of Columbia

## The Honorable

---

# *Angela Caesar*

---

### Clerk of The Court

*Signed this 6th Day of January, 2014.*

*By*

---

**Robert W. Orlick**
**Plaintiff, Pro Se**

**1639 24th Avenue South, Apartment 105**
**Grand Forks, North Dakota 58201**
**701- 775-0087**

RECEIVED

MAR 1 4 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**Page 3, Service of Process Continued:**

**Ms Sherrie Le Quirre**
**Housing**
**Grand Forks Housing Authority**
**1405 First Avenue North**
**Grand Forks, North Dakota 58203**

**Mr. Matt Martin**
**Maintenance**
**Grand Forks Housing Authority**
**1405  1st  Avenue  North**
**Grand Forks, North Dakota 58203**

Signed and Sworn to, Upon my Oath,

This 6th Day of January, 2014,

By

-----------------------------------------------------
Robert W. Orlick, Pro Se
1639  24th  Avenue  South, Apartment 105
Grand Forks North Dakota 58201

701-775-0087

**UNITED STATES POSTAL SERVICE** ®

## CUSTOMER'S RECEIPT

| SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION | Pay to | | KEEP THIS RECEIPT FOR YOUR RECORDS |
|---|---|---|---|
| **NOT NEGOTIABLE** | Address | | |

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 21317504545 | 2011-05-12 | 58203 | $400.00 | 2011 |

---

### SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**United States District Court
District of Columbia
The Honorable
Angela Caesar
Clerk of the Court
333 Constitution Avenue, NW
Washington, DC 20001**

### COMPLETE THIS SECTION ON DELIVERY

A. Signature
X  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   RECEIVED Mail Room   C. Date of Delivery   MAY 9 2014

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7007 0710 0004 6503 4086

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

7007 0710 0004 6503 4086

**U.S. Postal Service** ™
**CERTIFIED MAIL** ™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

GRAND FORKS ND

Sent To
**Ms Angela Caesar**
Street, Apt. No.; or PO Box No. **333 Constitution Avenue NW**
City, State, ZIP+4 **Washington, DC 20001**

PS Form 3800, August 2006     See Reverse for Instructions

# Robert W. Orlick

Telephone 701-775-0087

1639 24th Avenue South, Apt. 105, Grand Forks, North Dakota 58201

*January 06, 2014*

**The Honorable
Angela D. Caesar
Clerk of the Court
United States District Court
District of Columbia
333 Constitution Avenue NW
Washington, D. C. 20001**

### Subject: Letter of Transmittal:
**Civil Complaint: Two Volumes, Including, Rico Act & Hate Crimes, et al, (SUMMONSES), (8).**

### Dear Ms Caesar:

Please find enclosed my Civil Complaint, against the Grand Forks Housing Authority, et al, for, but not limited to, violations of the Rico Act & Hate Crimes, based on United States Codes and others as stated, in "duplicate" including, Summonses.

I have also enclosed a US Postal Money Order for Four Hundred Dollars, Serial Number, 21317504545 Filing Fee.

> **I most respectfully, request this Case be assigned to a
> "United States District Judge"**

Thank you very much.

Very Respectfully,

Robert W. Orlick
Plaintiff, Pro Se.

RECEIVED
Mail Room

MAR 1 4 2014

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

*Sent Certified Mail # 7007 0710 0004 6503 4086  RRR.*

## Robert W. Orlick

Telephone 701-775-0087

1639 24th Avenue South, Apt. 105, Grand Forks, North Dakota 58201

# *Thank*

# *You*

# *Deputy Brown.*



RECEIVED
Mail Room

MAR 1 4 2014

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia



# United States District Court

## District

## of

## Columbia

## Washington, D. C.